```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

STEVEN SETH SCOTT                                                    PLAINTIFF

v.                            Civil No. 06-5161

TERRY JONES, Prosecuting
Attorney, Washington County,
Arkansas; TIMOTHY F.
SNIVELY, Attorney; CRISTI
RENEE BEAUMONT, Public
Defender; and JUDGE WILLIAM
A. STOREY, Fourth Judicial District
Washington County, Arkansas                                          DEFENDANT

### O R D E R

NOW on this 10th day of October, 2006, comes on for consideration the **Report and Recommendation of Magistrate Judge Beverly S. Jones** (document #8, filed on September 13, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **plaintiff's Complaint is hereby dismissed.**

**IT IS SO ORDERED.**

                                    /s/Jimm Larry Hendren
                                    **HON. JIMM LARRY HENDREN**
                                    **UNITED STATED DISTRICT JUDGE**